IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | 8:05MJ70 |
| v. | ) | |
| | ) | ORDER |
| LUIS E. MORQUECHO, | ) | |
| Defendant. | ) | |

### ORDER FOR DISMISSAL

**IT IS ORDERED** the Motion for Dismissal (Filing No. 3) in the above-captioned case be granted as requested.

DATED this 11th day of February 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge